Eric HALL, Petitioner—Appellant,

v.

Cheryl PLILER; et al., Respondents—Appellees.

No. 06–17242.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 21, 2007.

Eric Hall, Represa, CA, pro se.

Krista Leigh Pollard, Esq., Office of the California Attorney General, Sacramento, CA, for Respondents–Appellees.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Eric Hall, a California state prisoner, appeals pro se the dismissal as untimely of his habeas corpus petition brought under 28 U.S.C. § 2254. In his opening brief, Hall addresses the merits of his claims but does not challenge the district court's conclusion that he filed his petition outside the one-year limitations period set forth in 28 U.S.C. § 2244(d). *See Sophanthavong v. Palmateer,* 378 F.3d 859, 872 (9th Cir. 2004) (holding that arguments not raised in opening brief are deemed waived). Moreover, as discussed in the magistrate judge's report and recommendation, adopted by the district court, Hall's argument regarding his petition for a writ of certiorari is precluded by *White v. Klitzkie,* 281 F.3d 920 (9th Cir.2002).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

